# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

IN RE: **James Dean Johnson, Jr**  CASE NO **19-41165-7**

CHAPTER **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date 3/22/2019

Signature /s/ James Dean Johnson, Jr
*James Dean Johnson, Jr*

Date

Signature

```
Ally Financial
Attn: Officer or Managing Agent
PO Box 380901
Bloomington, MN 55438


Attorney General of Texas
Bankruptcy Collection Division
PO Box 12017
Austin, TX 78711


Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130


Citibank/The Home Depot
Attn: Recovery/Centralized Bankruptcy
PO Box 790034
St Louis, MO 63179


City of Fort Worth, Texas
Automated Red Light Enforcement
P.O. Box 22091
Tempe, AZ 85285-2091


Comenity Bank/Lane Bryant
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218


Discover Financial
Attn: Bankruptcy Department
PO Box 15316
Wilmington, DE 19850


Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114


Mary Allred
1625 Sotogrande Blvd Apt 205
Hurst, TX 76053
```

Mary Tom Curnutt
Justice of the Peace, Precinct Two
700 East Abram St. Suite 200
Arlington, TX 76010


Medical City Denton
PO Box 740782
Cincinnati, OH 45274


Midland Funding
2365 Northside Dr Ste 300
San Diego, CA 92108


Moss Law Firm, PC
PO Box 65020
Lubbock, TX 79464


NTTA
PO Box 660244
Atten: Bankruptcy
Dallas, TX 75266


Portfolio Recovery
PO Box 41021
Norfolk, VA 23541


Stephanie Johnson
709 Greenway Dr
Hurst, TX 76053


Synchrony Bank/ JC Penneys
Attn: Bankruptcy
PO Box 956060
Orlando, FL 32896


Synchrony Bank/Walmart
Attn:  Bankruptcy
PO Box 965060
Orlando, FL 32896

```
Target
Attn: Bankruptcy
PO Box 9475
Minneapolis, MN 55440


Texas Alcoholic Beverage Comm
Licences and Permits Division
P.O. Box 13127
Austin, TX 78711-3127


United States Attorney - NORTH
3rd Floor, 1100 Commerce St.
Dallas, TX 75242



US Attorney General
US Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530
```